# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| Huzefa Hafiz Ismail, <br><br> Petitioner, <br><br> v. <br><br> United States of America, <br><br> Respondent. | Case No. 4:25-cv-0446-O |

## LINE NOTIFYING COURT OF MOTION TO STAY
## FILED WITH THE FIFTH CIRCUIT

Petitioner Huzefa Hafiz Ismail respectfully files this Line notifying the Court that on Monday, November 10, 2025, Mr. Ismail filed with the United States Court of Appeals for the Fifth Circuit, in Case No. 25-11173, the motion to stay appended hereto as **Exhibit A**.

DATED: November 20, 2025

Respectfully submitted,

**Velie Global Law Firm**

*/s/ Nicolas M. Lezotte*
Nicolas M. Lezotte
State Bar No. 24118660
555 Republic Drive, Suite 490
Plano, Texas 75074
Phone: 469-606-9555
Email: nick.l@velielaw.com

Jonathan Velie (admission to the N.D. Tex. pending)
State Bar No. 24147230
555 Republic Drive, Suite 490
Plano, Texas 75074
Phone: 469-606-9555
Email: jon@velielaw.com

(ctd.)

William M. Sullivan, Jr. (admitted *pro hac vice*)
Thomas C. Hill (admitted *pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
1200 17th Street, NW
Washington, D.C. 20036
Tel: 202-663-8027
Fax: 202-663-8007
wsullivan@pillsburylaw.com
thomas.hill@pillsburylaw.com

Kent Ronald Hance, Sr.
*Notice of Appearance Forthcoming*
Hance Scarborough LLP
400 West 15th Street
Suite 950
Austin, Texas 78701
Tel: 512-479-8888
Fax: 512-482-6891
khance@hslawmail.com

*Counsel for Petitioner*
*Huzefa Hafiz Ismail*

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certified that on the 20th day of November, 2025, the foregoing Line was filed with the Clerk of the Court via the Court's ECF system, which automatically serves all counsel of record.

                                                */s/ Nicolas M. Lezotte*
                                                Nicolas M. Lezotte