# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 12, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-11173   Ismail v. USA
                  USDC No. 4:25-CV-446

Enclosed is an order entered in this case.


                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Casey A. Sullivan, Deputy Clerk
                            504-310-7642

Ms. Ann Elizabeth Cruce-Haag
Mr. Kent Ronald Hance
Ms. Andrea Lena Hyatt
Mr. Nicolas M. Lezotte
Ms. Karen S. Mitchell
Mr. Matthew Myatt
Ms. Anne M. Voigts